UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TRACEY EMILY ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CASE NO. 1:20-CV-561-JRS-DLP |
| ) | |
| MARINER FINANCE, LLC, AND ) | |
| EQUIFAX INFORMATION SERVICES, LLC ) | |
| ) | |
| Defendants ) | |

## **APPEARANCE OF COUNSEL**

To: The Clerk of this Court and all parties of record:

I am authorized to practice in this court, and I appear in this case for: **MARINER FINANCE, LLC.**

                Respectfully submitted,

                KIGHTLINGER & GRAY, LLP

By:  /s/ Melissa R. Lamkin
       Melissa R. Lamkin
       Bonterra Building, Suite 200
       3620 Blackiston Boulevard
       New Albany, IN  47150
       mlamkin@k-glaw.com
       Phone: (812) 949-2300
       Fax: (812) 949-8556
       *Counsel for Defendant, Mariner Finance, LLC*

## CERTIFICATE OF SERVICE

  I hereby certify that on **March 4, 2020,** a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent to the following parties by either operation of the Court's electronic filing system or by First-Class Mail. Parties may access this filing through the Court's system.

  Travis. W. Cohron
  Quentin J. Collins
  Clark, Quinn, Moses, Scott, & Grahn, LLP
  320 N. Meridian Street, Suite 1100
  Indianapolis, IN 46204
  Email: tcohron@clarkquinnlaw.com
     qcollins@clarkquinn.com
  *Counsel for Plaintiff*

                /s/ Melissa R. Lamkin
                Melissa R. Lamkin

KIGHTLINGER & GRAY LLP
Bonterra Bldg., Ste. 200
3620 Blackiston Blvd.
New Albany, IN 47150
Phone: 812/949-2300
Fax: 812/949-8556
E-mail: mlamkin@k-glaw.com